6 A.3d 303

**JOHNS HOPKINS BAYVIEW MEDICAL CENTER**

v.

**Thomas CARR.**

No. 13, Sept. Term, 2010.

Court of Appeals of Maryland.

Oct. 13, 2010.

Andrew H. Baida (Melody Tagliaferri Cronin of Rosenberg, Martin, Greenberg, LLP, Baltimore, MD; Arthur L. Drager of Law Offices of Arthur L. Drager, LLC, Baltimore, MD), on brief, for petitioner.

Stuart O. Simms (Brown, Goldstein & Levy, LLP, Baltimore, MD; Carolyn Malinowski of Maryland Volunteer Lawyers Service, Baltimore, MD), on brief, for respondent.

Cathy A. Dryden, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), on brief, for respondent.

Argued before HARRELL, BATTAGLIA, GREENE, MURPHY, ADKINS, BARBERA, and JOHN C. ELDRIDGE, (Retired, Specially Assigned), JJ. ·

PER CURIAM ORDER.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 13th day of October, 2010,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.